PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Juan Cruz    Cr.: 03-00093-001
PACTS Number: 33365

Name of Sentencing Judicial Officer: Katharine S. Hayden, USDJ

Date of Original Sentence: 11/03/03

Original Offense: Conspiracy to Distribute Narcotics (Cocaine)

Original Sentence: 110 months imprisonment; 4 years supervised release; $100 special assessment. Special conditions of drug testing/treatment, financial disclosure.

Type of Supervision: Supervised Release    Date Supervision Commenced: 11/22/10

## PETITIONING THE COURT

[ ] To extend the term of supervision for    Years, for a total term of    Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

The offender requested mental health treatment as he is currently experiencing difficulty adjusting to life outside of prison. He also admitted he has anger management issues and has unjustifiably directed his anger at his girlfriend, Lissette Adonos.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 12/01/10

PROB 12B - Page 2

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/6/10
_____
Date